IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C 08 80196 MISC VRW

**ORDER TO SHOW CAUSE**

James Syme Partridge - #136207

_____/

It appearing that James Syme Partridge has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective July 4, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 12, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
James Syme Partridge
Attorney At Law
2326 Reading Avenue
Castro Valley, CA 94546