**FILED**

NOV 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

James Syme Partridge,

State Bar No 136207

No CV-08-80196 MISC VRW

ORDER

On October 9, 2008, the court issued an order to show cause (OSC) why James Syme Partridge should not be removed from the roll of attorneys authorized to practice law before this court, based on his enrollment, effective July 4, 2008, as an inactive member of the State Bar pursuant to section 6007 of the Business & Professions Code. The OSC was mailed to Mr Partridge's address of record with the State Bar. Mr Partridge has filed no response.

The court now orders James Syme Partridge removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

James Syme Partridge,

_____/

Case Number: C 08-80196 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Syme Partridge
2326 Reading Avenue
Castro Valley, CA 94546

November 24, 2008

Richard W. Wieking, Clerk

By: *Cora Klein*

Deputy Clerk